# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| SHAWN MCHUGH,<br><br>      Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>      Defendant. | Case No.:   1:18-cv-00176-TLS-SLC<br><br>NOTICE OF SETTLEMENT |

      NOTICE IS HEREBY GIVEN that Plaintiff, Shawn McHugh, and Defendant, Capital One Bank (USA), N.A., ("Capital") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: October 24, 2018                        Respectfully submitted,

                                                  By: /s/David Chami
                                                  David Chami
                                                  Price Law Group, APC
                                                  8245 North 85th Way
                                                  Scottsdale, AZ. 85258
                                                  E: david@pricelawgroup.com
                                                  *Attorneys for plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Maria Marsceill*