UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SHAWN MCHUGH,<br><br>      Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>      Defendant. | Case No. 1:18-CV-00176-TLS-SLC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Shawn McHugh and Defendant Capital One Bank, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses be dismissed with prejudice. Each party shall bear its own attorney fees, costs, and expenses.

Respectfully submitted,

**PRICE LAW GROUP, APC**

/s/ David Chami
David Chami
8245 North 85th Way
Scottsdale, Arizona  85258
Tel:  (818) 600-5515
Fax:  (818) 600-5415
david@pricelawgroup.com

*Attorney for Plaintiff Shawn McHugh*

**FAEGRE BAKER DANIELS LLP**

/s/ Erin L. Hoffman
Erin L. Hoffman (MN#0387835)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
Tel:  (612) 766-7000
Fax:  (612) 766-1600
erin.hoffman@faegrebd.com

Kevin J. Mitchell (#27258-02)
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Tel:  (260) 424-8000
Fax:  (260) 460-1700
kevin.mitchell@faegrebd.com

*Attorneys for Defendant Capital One Bank (USA), N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2018, the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically with the Clerk of the United States District Court using the CM/ECF system which sent notification of such filing to the following:

David Chami
david@pricelawgroup.com

*/s/ Erin L. Hoffman*