UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SHAWN MCHUGH,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | Case No.:   1:18-cv-00176-TLS-SLC<br><br>**NOTICE OF WITHDRAWAL** |

TO THE COURT AND DEFENDANTS AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Plaintiff hereby withdraws his Stipulation of Dismissal with Prejudice, filed on February 4, 2019, (Doc. 15).

Respectfully submitted this 6th day of February 2019.

> PRICE LAW GROUP, APC
>
> By: /s/David Chami
> David Chami
> 8245 North 85th Way
> Scottsdale, AZ. 85258
> E: david@pricelawgroup.com
> *Attorneys for plaintiff*
> *Shawn McHugh*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

PRICE LAW GROUP, APC.

*/s/ Maria Marsceill*